No. 02–1487. IN RE MIDDLESTEAD. C. A. 11th Cir. Certiorari denied.

No. 02–1490. BANKS *v.* COMMITTEE ON UNAUTHORIZED PRACTICE OF LAW ET AL. Ct. App. D. C. Certiorari denied. ■

No. 02–1493. CUMMINGS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* CONNELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1494. RAMTULLA *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1495. MIGUEL *v.* BANK OF NEW YORK, TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT SERIES 1995 B, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1496. WRAY *v.* JOHNSON ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–1497. PAIVA ET VIR *v.* COUNTRYWIDE HOME LOANS, INC. C. A. 9th Cir. Certiorari denied.

No. 02–1505. CAREY, WARDEN *v.* SAFFOLD. C. A. 9th Cir. Certiorari denied.

No. 02–1506. TPI, AKA THAI PETROCHEMICAL INDUSTRY PUBLIC CO. LTD. ET AL. *v.* WINTER STORM SHIPPING, LTD. C. A. 2d Cir. Certiorari denied.

No. 02–1508. MCNEIL *v.* SCOTLAND COUNTY, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 02–1519. MOSS ET UX., ON BEHALF OF THEIR MINOR CHILD, MOSS, ET AL. *v.* CARRIER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1520. BEHLEN *v.* MERRILL LYNCH & CO., INC., ET AL. C. A. 11th Cir. Certiorari denied.